THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JAYNE KIM (Cal. State Bar No. 174614)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0637
    Facsimile: (213) 894-0141
    E-mail:   jayne.kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 09-626-JSL |
|---|---|
| Plaintiff, | ) <u>STIPULATION REGARDING REQUEST FOR</u> <u>(1) CONTINUANCE OF TRIAL DATE AND</u> |
| v. | ) <u>(2) FINDINGS OF EXCLUDABLE TIME</u> <u>PERIODS PURSUANT TO SPEEDY TRIAL</u> |
| DRAGAN DJURIC, | ) <u>ACT</u> |
| Defendants. | ) **CURRENT TRIAL DATES: September 1, 2009** |
| | ) **[PROPOSED] TRIAL DATE: November 10, 2009** |

    Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jayne Kim, defendant Dragan Djuric, by and through his counsel of record, Deputy Federal Public Defender Raul Ayala, hereby stipulate as follows:

    1.   The Information in this case was filed on July 2, 2009. Defendant appeared for post-indictment arraignment on July 6, 2009, and the matter was assigned to this Court for jury trial on August 25, 2009.

1       2.   On July 22, 2009, by its own motion, the Court
2  continued the trial date from August 25, 2009, to September 1,
3  2009.
4       3.   On August 24, 2009, defense and government counsel
5  appeared in court for a status conference.  At that time, defense
6  counsel advised the court that defendant had waived his presence
7  for the status conference and that defendant would file a written
8  waiver with the court.
9       4.   By this stipulation, the parties jointly move to
10 continue the matter for status conference on September 14, 2009,
11 and for trial on November 10, 2009.  This is the first request
12 for a continuance by the parties.
13      5.   Defendant is not in custody pending trial.
14      6.   The parties request the continuance based upon the
15 following facts, which the parties believe demonstrate good cause
16 to support the appropriate findings under the Speedy Trial Act:
17           a.   Defendant is charged in a one-count information
18 with violating the Migratory Bird Treaty Act, in violation of 16
19 U.S.C. § 703.
20           b.   On August 21, 2009, the government produced an
21 audio file from Laguana Beach Police Department regarding the
22 incident.
23           c.   Defense counsel informed the government that
24 defendant's wife, a defense witness, will be out of the country
25 and unavailable for trial through mid-October.
26           d.   Defendant believes that failure to grant the
27 continuance will deny him continuity of counsel and adequate
28 representation.

      f.   The government does not object to the continuance.

      g.   The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

    7.   For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of September 1, 2009, to November 10, 2009, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(i) and (B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    8.   Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that

1  additional time periods be excluded from the period within which
2  trial must commence.  Moreover, the same provisions and/or other
3  provisions of the Speedy Trial Act may in the future authorize
4  the exclusion of additional time periods from the period within
5  which trial must commence.
6      IT IS SO STIPULATED.
7  Dated: August 27, 2009      Respectfully submitted,

8                                      THOMAS P. O'BRIEN
                                  United States Attorney
9
                                CHRISTINE C. EWELL
10                                Assistant United States Attorney
                                Chief, Criminal Division
11

12                                 /s/ Jayne Kim
                                JAYNE KIM
13                                Assistant United States Attorney

14                                Attorneys for Plaintiff
                                United States of America
15

16     I am DRAGAN DJURIC's attorney.  I have discussed the
17 continuance of the trial date with my client and informed my
18 client of his Speedy Trial rights.  To my knowledge, my client
19 understands those rights.  I believe that my client's decision to
20 give up the right to be brought to trial earlier than November
21 10, 2009, is an informed and voluntary one.
22

23
   August 27, 2009                   /s/ Raul Ayala
24 DATE                                RAUL AYALA
                                Attorney for Defendant
25                                 DRAGAN DJURIC

26                                 (Signed per telephonic
                                authorization)
27

28