THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JAYNE KIM (Cal. State Bar No. 174614)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0637
     Facsimile: (213) 894-0141
     E-mail:    Jayne.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-626-JSL |
| Plaintiff, | [proposed] ORDER REGARDING (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DRAGAN DJURIC, | |
| Defendant. | **CURRENT TRIAL DATE: September 1, 2009** |
| | **[PROPOSED] TRIAL DATE: November 10, 2009** |

     The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 27, 2009.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good

cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from September 1, 2009, to November 10, 2009 at 9:00 a.m.

2. The time period of September 1, 2009, to November 1, 2009, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(I) and (B)(iv), and (h)(1)(F).

3. Defendant shall appear in Courtroom 4 of the Federal Courthouse, 312 N. Spring Street, Los Angeles, California on November 1, 2009 at 9:00 a.m.

5   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion

of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
DATE                            THE HONORABLE J. SPENCER LETTS
                                UNITED STATES DISTRICT JUDGE

Presented by:

  /s/    Jayne Kim
JAYNE KIM
Assistant United States Attorney